UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-4426-FMO (PDx)** | Date | **September 9, 2026** |
| Title | **Lishi Wang v. United States Citizenship and Immigration Services, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Dismissal**

On August 21, 2026, defendants filed a Notice of Agency's Adjudication of Plaintiff's Immigration Application and Suggestion of Mootness (Dkt. 14, "Notice"). Defendants contend that the United States Citizenship and Immigration Services ("USCIS") issued a decision on plaintiff's 1-730 Petition on September 10, 2025, and therefore the case is moot and should be dismissed. (See id. at 1). Accordingly, IT IS ORDERED that plaintiff shall, no later than **September 18, 2026**, show cause in writing why this action should not be dismissed on the ground that this case is moot. Failure to comply with this Order may result in the action being dismissed for failure to prosecute and/or comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

00 : 00

Initials of Preparer vdr