**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISHI WANG,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. CV 26-4426 FMO (PDx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On April 26, 2026, Lishi Wang ("Wang" or "plaintiff") filed his Complaint for Injunctive and Mandamus Relief (Dkt. 1, "Complaint") against the United States Citizenship and Immigration Services ("USCIS") and United States Department of Homeland Security ("DHS") (collectively, "defendants"). Plaintiff brought the action to compel defendants to complete the adjudication of his I-730 Petition, alleging undue delay. (See id. at ¶ 1). On August 25, 2026, defendants filed a Notice of Agency's Adjudication of Plaintiff's Immigration Application and Suggestion of Mootness (Dkt. 15, "Notice"). Defendants contend that a USCIS decision was made on plaintiff's I-730 Petition on September 10, 2015, making plaintiff's claims moot. (See id. at 1).

The court ordered plaintiff to file a written response to the Order to Show Cause ("OSC") by September 18, 2026, specifically addressing defendants' argument regarding mootness. (See Dkt. 16, Court's Order of September 9, 2026). The court cautioned petitioner that failure to timely file a response and comply with the court's order may result in the action being dismissed. (Id.).

As of the filing date of this Order, plaintiff has not filed a response to the court's OSC. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT the above-captioned case is **dismissed without prejudice** for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 24th day of September, 2026.

/s/

Fernando M. Olguin
United States District Judge